ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California State Bar No. 110984
     United States Courthouse
     312 N. Spring Street, Suite 1400
     Los Angeles, California  90012
     Telephone:  (213) 894-5710
     Facsimile:  (213) 894-7177
     Email:     frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. SACV 06-1059-JVS (RNBx) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Order Dismissing Action without Prejudice |
| REAL PROPERTY LOCATED IN SANTA ANA, CALIFORNIA, | ) | |
| Defendant. | ) | |
| ODILIA SOLORIO, HONORATO SOLORIO AND FRANCISCO SOLORIO, | ) | |
| Claimants. | ) | |

//

//

FDK:tm

1      IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

2      1.   This Court has jurisdiction over the subject matter of

3  this action and the parties to this Stipulation for Dismissal

4  without prejudice.

5      2.   The Complaint for Forfeiture states a claim for relief

6  pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

7      3.   Notice of this action has been given as required by

8  law. No appearances have been made in this case by any person

9  other than claimants.  The Court deems that all other potential

10 claimants admit the allegations of the Complaint for Forfeiture

11 to be true.  Claimants are relieved of his obligation to file a

12 claim and answer in this litigation.

13     4.   The interest of OneWest Bank, F.S.B., the lender of the

14 defendant real property, is not subject to forfeiture.

15 ///

16 ///

17 ///

18

19

20

21

22

23

24

25

26

27

28

FDK:tm

5.    The United States of America, its agencies, agents, officers, employees and representatives (including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration and the Department of Justice and their respective agencies), as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, are hereby released from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimants.

DATED:__December 9, 2011_____

                              THE HONORABLE JAMES V. SELNA
                              UNITED STATES DISTRICT JUDGE


PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


_____/s/_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FDK:tm